**FILED: 09/17/2008**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYBANR MEDIA GROUP, INC., RICHARD YANKE, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERATION CAPITAL ASSOCIATES, AMOTHY CORPORATION, BATHGATE MCCOLLEY CAPITAL FUNDING, HIGH CAPITAL FUNDING, LLC, DAVID A. RAPAPORT, JAMES E. HOSCH, FRANK E. HART, HOWARD COMMANDER, <br><br> Defendants. | No. CV 03-3406-GHK(CTx) <br><br><br><br><br><br> **JUDGMENT** |

Pursuant to our July 16, 2007 Order Re: Defendants' Motion for Entry of Judgment, and our September 3, 2008, Order Re: Plaintiffs' Motion for Reconsideration, IT IS HEREBY ADJUDGED that Plaintiffs' claims are dismissed with prejudice as to Defendants Generation Capital Associates, Amothy Corporation, Bathgate McColley

///
///
///
///

Capital Funding, High Capital Funding, David A. Rapaport, James E. Hosch, Frank E. Hart, and Howard Commander. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

DATED: This 16th day of September, 2008.

_____
GEORGE H. KING
United States District Judge